# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual, | ) Case No.: 1:21-cv-00230-NONE-JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT; |
| v. | ) ORDER WITHDRAWING FINDINGS AND ) RECOMMENDATION TO GRANT IN PART |
| RED MOUNTAIN ASSET FUND I, LLC, a Delaware Limited Liability Company, | ) DEFAULT JUDGMENT ) ) (Doc. 13) |
| Defendant. | ) |

The plaintiff reports he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 13) Thus, the Court **ORDERS**:

1. The findings and recommendation to grant in part default judgment (Doc. 12) is WITHDRAWN;

2. The stipulation to dismiss the action **SHALL** be filed **no later than August 13, 2021**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **June 23, 2021**          _/s/ Jennifer L. Thurston
                                   CHIEF UNITED STATES MAGISTRATE JUDGE