# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RED MOUNTAIN ASSET FUND I, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case No.: 1:21-cv-00230-NONE-JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br><br>(Doc. 15) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 15) He indicates that the parties will bear their own fees and costs. Id. Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　Dated:　**August 5, 2021**　　　　　　　**_ /s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE